# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 22, 2015

## NO. 03-14-00057-CV

**Ross O. Brown, Appellant**

**v.**

**The County of Comal, Texas, Appellee**

**APPEAL FROM 274TH DISTRICT COURT OF COMAL COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
VACATED AND DISMISSED FOR WANT OF JURISDICTION --
OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment signed by the trial court on January 31, 2014. Having reviewed the record, it appears to the Court that Ross O. Brown's appeal is moot because no further controversy exists between the parties. Therefore, the Court vacates the trial court's judgment and dismisses the appeal as moot. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.